UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENTIAL FUNDING CORPORATION, OCWEN LOAN SERVICING, PHH MORTGAGE CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　Appellants,<br><br>　　v.<br><br>HAL EDWIN BUETTNER, III, MICHELE KAY ELKINS, and KEVIN RANDALL KRONE<br><br>　　　　Appellees. | No.  2:23-cv-02543-DJC |
| RESIDENTIAL FUNDING CORPORATION, OCWEN LOAN SERVICING, PHH MORTGAGE CORPORATION,<br><br>　　　　Appellants,<br><br>　　v.<br><br>HAL EDWIN BUETTNER, III and MICHELE KAY ELKINS,<br><br>　　　　Appellees. | No.  2:24-cv-00959-TLN |

1

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, OCWEN LOAN SERVICING, PHH MORTGAGE CORPORATION,<br><br>            Appellants,<br><br>    v.<br><br>KEVIN RANDALL KRONE,<br><br>            Appellee. | No.  2:24-cv-00960-DAD<br><br><br>RELATED CASE ORDER |

Appellants has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim." Local Rule 123(a)(1). The cases involve the same parties and questions of fact and law relating to the Appellees' attorney fee award. Additionally, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:24-cv-00959-TLN is reassigned from District Judge Troy L. Nunley to the undersigned, and that 2:24-cv-00960-DAD is reassigned from District Judge Dale A. Drozd to the undersigned. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:24-cv-00959-DJC and 2:24-cv-00960-DJC, respectively.

////

////

////

1  It is further ORDERED that the Clerk of the Court make appropriate adjustment
2 in the assignment of bankruptcy appeal cases to compensate for this reassignment.

   IT IS SO ORDERED.

Dated:  **May 14, 2024**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE